# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 06-7039                          September Term, 2006

06cv00456



Joseph Slovinec,
      Appellant

v.

Montgomery County, Maryland,
      Appellee

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**BEFORE:**   Sentelle, Tatel, and Griffith, Circuit Judges

### JUDGMENT

This appeal was considered on the record from the United States District Court for the District of Columbia, the briefs filed by appellant, and the supplement thereto. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed March 10, 2006 be affirmed. The district court properly dismissed the complaint without prejudice for lack of subject matter jurisdiction. See generally 28 U.S.C. §§ 1331 & 1332.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk